# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BARBARA WALTERS, AND MAJOR
CHILDREN OF BARBARA WALTERS,
GARY SLEDGE, NATALIE COUSIN
AND DAWN SAXTON

VERSUS

C. SWAYZE RIGBY, M.D.,
CARLTON H. SHEELY, M.D., AND
R. SCOTT THURSTON, M.D.

NO.   2024 CW 0137

**FEBRUARY 19, 2024**

---

In Re:   C. Swayze Rigby, M.D., and LAMMICO, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 644004.

---

**BEFORE:   THERIOT, PENZATO, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely. The return date was February 16, 2024 at 3:00 p.m., but the application was filed electronically at 3:06 p.m. See Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**MRT**
**AHP**

**Miller, J.,** would deny the writ. The district court is in the best position to determine the admissibility of the evidence for impeachment purposes during trial.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT